# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **TRAVIS WIDNER,**<br><br>    Plaintiff,<br><br>v.<br><br>**PARTY CITY CORPORATION,**<br><br>    Defendant. | Case No.: 0:21-cv-2098 (ECT/ECW)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Plaintiff's undersigned Attorneys on the one hand, and Defendant Party City and Defendant's undersigned Attorneys, on the other, that all claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party.

Dated: March 25 2022

**THRONDSET MICHENFELDER, LLC**

By: _____
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-611
Email: pat@throndsetlaw.com
Email: chad@throndsetlaw.com
*Attorneys for Plaintiff*

Dated: March 29, 2022

Ellie J. Barragry (#395207)
222 South Ninth Street
Suite 2000
Minneapolis, MN 55402
Tel: (612) 607-7000
Email: ebarragry@foxrothschild.com

*Attorneys for Defendant Party City*

2