UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Travis Widner, | File No. 21-cv-2098 (ECT/ECW) |
|     Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Party City Corporation, *d/b/a Party City*, | |
|     Defendant. | |

---

Plaintiff Travis Widner and Defendant Party City Corporation have filed a joint stipulation that seeks dismissal of this action with prejudice, without additional costs or attorneys' fees to any party.  ECF No. 10.  The stipulation is signed by all parties in the action.  Therefore, based on all the files, records, and proceedings herein, **IT IS ORDERED** that the action is **DISMISSED** with prejudice, with each party to bear its own costs and fees.

Dated:  March 30, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court